UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED IND. INS. CO., INC.<br><br>　　　　　　　　　　　Plaintiff(s)<br>v.<br><br>ATEGRITY SPEC. INS. CO., INC.<br><br>　　　　　　　　　　　Defendant(s) | CASE No C 22-cv-04008-HSG<br><br>REVISED<br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: December 15, 2022

Date: September 16, 2022　　　　/s/ Megan W. Wendell
　　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: September 16, 2022　　　　/s/ James T. Derfler
　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 9/19/2022　　　　　　　　/s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*