UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATEGRITY SPECIALTY INSURANCE CO., INC., <br><br> Defendant. | Case No. 22-cv-04008-HSG <br><br> **AMENDED SCHEDULING ORDER** |

Having considered the parties' proposals, *see* Dkt. No. 81, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Deposition Discovery | January 31, 2024 |
| Motions for Summary Judgment Due | September 5, 2023 |
| Oppositions Due | September 19, 2023 |
| Replies Due | September 26, 2023 |
| Dispositive Motion Hearing | October 19, 2023, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Dkt. No. 81.

**IT IS SO ORDERED.**

Dated: 7/25/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge