UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ATEGRITY SPECIALTY INSURANCE COMPANY, INC., a Delaware corporation,<br><br>    Defendant. | **CASE NO. 22-cv-04008-HSG**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTER-CLAIM WITH PREJUDICE** |

    The Court has read and considered the Stipulation Re: Stipulation For Dismissal Of Complaint And Counter-Claim With Prejudice.

    For good cause shown, the Court hereby APPROVES the Stipulation and orders that the case in its entirety be dismissed with prejudice. Each party is to bear its own costs.

**IT IS SO ORDERED.**

Dated:   10/23/2023            _/s/ Haywood S. Gilliam, Jr._
                                             Haywood S. Gilliam, Jr.
                                             United Stated District Judge